## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL No. 05-185 (RMC)** |
| **v.** | : | |
| | : | |
| **SEAN GARLAND,** | : | |
| **CHRISTOPHER JOHN CORCORAN,** | : | |
| **DAVID LEVIN,** | : | |
| **TERENCE SILCOCK,** | : | |
| **HUGH TODD,** | : | |
| **ALAN JONES, and** | : | |
| **MARK ADDERLEY,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE REGARDING
## UNSEALING OF THIS CASE UPON ARREST OF DEFENDANT

By Order entered on October 6, 2005, and[1] October 7, 2005, the Court modified the prior

sealing order in this case to direct that "upon the arrest of any defendant in this case the

Indictment in this matter, as well as all other papers filed thus far in this case, shall be unsealed

without further order of the Court."  The Court also directed the government to promptly file a

notice advising of the date and time of such an arrest, in order to enable the Clerk to formally

unseal and enter upon the public document the Indictment and other filings in this case.

The government hereby reports to the Court that the defendant Sean Garland was arrested

by authorities in Northern Ireland, United Kingdom, at approximately 5:00 pm EDT on

---

[1]  Because this matter had be reassigned to the Calendar Committee, the Government referred its Motion to Modify Sealing Order to the Chief United States District Judge, who entered the requested order on October 6th.  Meanwhile, the Motion was sent in the ordinary course, by the Clerk's Office, to the initially-assigned judge, Judge Collyer, who entered the identical requested Order on October 7th.

October 7, 2005.  Accordingly, this matter is **UNSEALED** as of that date and time, and the Clerk

may – as directed by the Court – formally unseal the papers in this case and enter it upon the

public docket.

<div style="margin-left:40%">

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

</div>

By:

<div style="margin-left:40%">

Laura A. Ingersoll
Assistant United States Attorney
Connecticut Bar No. 306759
202/514-9549
Laura.Ingersoll@usdoj.gov



Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
202/353-4154
Brenda.Johnson@usdoj.gov

National Security Section
United States Attorney's Office
555 4th Street, N.W. – 11th floor
Washington, D.C.  20530

</div>

Dated: October 11, 2005

<div style="text-align:center">

**Certificate of Service**

</div>

There are no known defense counsel at this time, and accordingly no service of this
Motion is being made.

<div style="margin-left:50%">

_____
Assistant United States Attorney

</div>

<div style="text-align:center">

1

</div>