IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL No. 05-185-05 (RMC) |
| v. : | |
| : | |
| HUGH TODD : | |
| : | |
| Defendant. : | |

### MOTION TO QUASH ARREST WARRANT FOR HUGH TODD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves the Court to quash the arrest warrant issued for defendant Hugh Todd on May 19, 2005, in the instant matter.

The case against Mr. Todd has been resolved and the government submits that it is in the interest of justice for the arrest warrant to be quashed.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By:

Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
202/353-4154
Brenda.Johnson@usdoj.gov

National Security Section
United States Attorney's Office
555 4th Street, N.W. – 11th floor
Washington, D.C. 20530

Dated: December 13, 2007