IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL No. 05-185-05 (RMC)** |
| **v.** : | |
| : | |
| **HUGH TODD** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Government's Motion to Quash Arrest Warrant for defendant Hugh Todd, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the Arrest Warrant pending against defendant Hugh Todd is quashed.

_____
UNITED STATES DISTRICT JUDGE

Date:_____

Serve: Brenda J. Johnson
      Assistant United States Attorney
      United States Attorney's Office - Room 11-441

     United States Marshals Service