IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL No. 05-185-05 (RMC) |
| v. : | |
| : | |
| HUGH TODD : | FILED |
| : | |
| Defendant. : | DEC 21 2007 |
| **ORDER** | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

Upon consideration of the Government's Motion to Quash Arrest Warrant for defendant Hugh Todd, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the Arrest Warrant pending against defendant Hugh Todd is quashed.

/s/ Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE

Date: 20 Dec 2007

Serve: Brenda J. Johnson
    Assistant United States Attorney
    United States Attorney's Office - Room 11-441

United States Marshals Service