# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V<br><br>HUGH TODD<br><br>DOB:    May 19, 1937    PDID:    NA | DOCKET NO<br>CR 05-185-05<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>HUGH TODD<br>Republic of South Africa | MAGIS NO |
| WARRANT ISSUED ON THE BASIS OF | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy

Counterfeit Acts Committed Outside the United States

Dealing in Counterfeit Obligations or Securities

*Quashed pursuant to Court's order of 12/21/07.  CDW*

FILED
2 1 2007

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18: U.S.C. § 371; 18 U.S.C. § 470 and 18 U.S.C. § 473 |
|---|---|

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY<br>Magistrate Alan Kay | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>**ALAN KAY**<br>**U.S. MAGISTRATE JUDGE** | DATE ISSUED<br>MAY 1 9 2005 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*Nancy Jackson* | DATE<br>MAY 1 9 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE    Yes    No | | OCDETF CASE    Yes    No |